IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEREMY WEBB**     **PLAINTIFF**
ADC #144591

v.     **CASE NO: 4:13CV00643 BSM**

**GOVIA et al.**     **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young, and the objections filed, have been reviewed. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against the Faulkner County Jail are DISMISSED WITH PREJUDICE.

DATED this 26th day of November 2013.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE