**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JEREMY WEBB**                                                          **PLAINTIFF**
**ADC #144591**

**v.**               **CASE NO: 4:13CV00643 BSM**

**GOVIA et al.**                                                        **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment [Doc. No. 20] is granted in part and plaintiff's claims against them in their official capacities are dismissed with prejudice.

IT IS SO ORDERED this 7th day of November 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE