**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JEREMY WEBB**                                                                                    **PLAINTIFF**
**ADC #144591**

**v.**                              **CASE NO: 4:13CV00643 BSM**

**GOVIA et al.**                                                                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States

Magistrate Judge H. David Young have been reviewed. No objections have been filed. After

careful consideration, it is concluded that the proposed findings and recommended

disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff Jeremy Webb's complaint is dismissed with prejudice.

2.      It is certified that an *in forma pauperis* appeal taken from the order and

judgment dismissing this case is considered frivolous and not in good faith.

IT IS SO ORDERED this 25th day of November 2014.

_____
UNITED STATES DISTRICT JUDGE